UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERBERT S. OLSON
          Plaintiff(s)
          v.
ANEIL RANCHHODBHAI
          Defendant(s).

**C 07-06427 EMC**
**SCHEDULING ORDER FOR CASES**
**ASSERTING DENIAL OF RIGHT OF**
**ACCESS UNDER AMERICANS WITH**
**DISABILITIES ACT TITLE III (42 U.S.C. §§**
**12181- 89)**

   **IT IS HEREBY ORDERED** that this action is assigned to the Honorable <u>Edward</u>
<u>M. Chen</u>. When serving the complaint or notice of removal, the plaintiff or removing
defendant  must serve on all other parties a copy of this Order and the assigned judge's
pertinent Standing Orders. This case is otherwise exempt from Civil Local Rule  4-2.
Counsel  must comply with the case schedule listed below unless the Court otherwise
orders.

### CASE  SCHEDULE

| Date | Event | Rule(s) |
|------|-------|---------|
| **12/20/2007** | **Complaint filed** | |
| **2/19/2008** | **Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline** | <u>General Order 56; Civil Local Rule 7-11</u> |
| **7 days before Joint Site Inspection** | **Last day for parties to complete initial disclosures, including defendant's disclosure re: construction or alteration history of  subject premises** | <u>FRCivP 26(a);</u> <u>General Order 56 ¶2;</u> |
| **3/31/2008** | **Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement** | <u>General Order 56 ¶3,4;</u> |
| **10 business days after Joint Site Inspection** | **Last day for parties to meet and confer in person to discuss settlement** | <u>General Order 56  ¶4;</u> |
| **45 days after Joint Site Inspection** | **Last day for plaintiff to file "Notice of Need for Mediation"** | <u>General Order 56  ¶6;</u> |
| **7 calendar days after mediation** | **Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference** | <u>General Order 56  ¶7; Civil Local Rule 7-11</u> |